# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-854
Lower Tribunal No. F93-39593

————————

**Terrance Cooper,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Terrance Cooper, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.